Eastern District of Kentucky
**FILED**

MAR 27 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

**UNITED STATES OF AMERICA**

V.

INDICTMENT NO. 7:25-cr-014-KKC
21 U.S.C. § 846

**STEPHANIE HALL and
BRIANA HUNTER**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about May 3, 2024, in Floyd County, in the Eastern District of Kentucky,

**STEPHANIE HALL and
BRIANA HUNTER**

did conspire with each other and others to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**FORFEITURE ALLEGATION**
**21 U.S.C. § 853**

1. By virtue of the commission of the felony offense alleged in the Indictment, **STEPHANIE HALL and BRIANA HUNTER** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation of 21 U.S.C. § 846 and any and all property constituting proceeds obtained

directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 846. Any and all interest that **STEPHANIE HALL and BRIANA HUNTER,** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

3. The property to be forfeited includes, but is not limited to, the following:

   **CURRENCY:**

   $ 3,439.00 in United States currency.

4. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

_____
**FOREPERSON**

_____
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not less than 5 years nor more than 40 years imprisonment, a fine of not more than $5,000,000, and at least 4 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Forfeiture of listed property.

**PLUS:** Restitution, if applicable.